AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

United States of America
v.

DAJOUR DOMINIQUE PEMBERTON

*Defendant*

Case No. 4:24cr35

FID: 11286545
ATF

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Dajour Dominique Pemberton,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.21:841(a)(1) & (b)(1)(B)(ii) - Possession with Intent to Distribute Five Hundred Grams or More of Cocaine (Count One, et al.)

Date: 05/09/2024

*Issuing officer's signature*

City and state: Newport News, Virginia

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/9/2024, and the person was arrested on *(date)* 5/15/2024
at *(city and state)* Newport News, Virginia.

Date: 5/15/2024

*Arresting officer's signature*

ATF TFO Glenn Marshall
*Printed name and title*