IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*



FILED IN OPEN COURT
JUL 8 2024
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) CRIMINAL NO. 4:24-cr-35 |
| v. | ) |
|  | ) |
| DAJOUR DOMINIQUE PEMBERTON, | ) 21 U.S.C. § 846 |
| (Counts 1 – 6) | ) Conspiracy to Possess with Intent to Distribute |
|  | ) Five Hundred Grams or More of Cocaine and |
| LEAH TAYLOR MCLEOD, | ) Possess with Intent to Distribute Four Hundred |
| (Counts 1 – 3, & 6) | ) Grams or More of Fentanyl |
|  | ) (Count 1) |
| Defendants. | ) |
|  | ) 21 U.S.C. § 841(a)(1) & (b)(1)(B)(ii) and |
|  | ) 18 U.S.C. § 2 |
|  | ) Possession with Intent to Distribute Five |
|  | ) Hundred Grams or More of Cocaine |
|  | ) (Count 2) |
|  | ) |
|  | ) 21 U.S.C. § 841(a)(1) & (b)(1)(A)(vi) and |
|  | ) 18 U.S.C. § 2 |
|  | ) Possession with Intent to Distribute Four |
|  | ) Hundred Grams or More of Fentanyl |
|  | ) (Count 3) |
|  | ) |
|  | ) 18 U.S.C. § 924(c)(1)(A) |
|  | ) Possession of a Firearm in Furtherance of |
|  | ) Drug Trafficking Crime |
|  | ) (Count 4) |
|  | ) |
|  | ) 18 U.S.C. § 922(g)(1) |
|  | ) Felon in Possession of a Firearm |
|  | ) (Count 5) |
|  | ) |
|  | ) 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2 |
|  | ) Maintaining a Drug-Involved Premises |
|  | ) (Count 6) |
|  | ) |
|  | ) 18 U.S.C. § 924(d); 21 U.S.C. § 853 |
|  | ) Criminal Forfeiture |

## **SUPERSEDING INDICTMENT**

July 2024 Term - at Newport News, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(Conspiracy to Possess with Intent to Distribute Five Hundred Grams or More of Cocaine and to Possess with Intent to Distribute Four Hundred Grams or More of Fentanyl)

On or about March 2, 2023, and continuing until on or about January 15, 2024, the exact dates being unknown to the grand jury, in the Eastern District of Virginia, the defendants, DAJOUR DOMINIQUE PEMBERTON and LEAH TAYLOR MCLEOD, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other and together with other persons known and unknow to the grand jury to commit the following offenses against the United States:

1. Possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii); and

2. Possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).

(In violation of Title 21, United States Code, Section 846).

## COUNT TWO

(Possession with Intent to Distribute Five Hundred Grams or More of Cocaine)

On or about January 15, 2024, in the Eastern District of Virginia, the defendants, DAJOUR DOMINIQUE PEMBERTON and LEAH TAYLOR MCLEOD, did unlawfully, knowingly, and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(ii) and
Title 18, United States Code, Section 2).

## COUNT THREE

(Possession with Intent to Distribute Four Hundred Grams or More of Fentanyl)

On or about January 15, 2024, in the Eastern District of Virginia, the defendants, DAJOUR DOMINIQUE PEMBERTON and LEAH TAYLOR MCLEOD, did unlawfully, knowingly, and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A)(vi) and
Title 18, United States Code, Section 2).

## COUNT FOUR

(Possession of a Firearm in Furtherance of Drug Trafficking Crime)

On or about January 15, 2024, in the Eastern District of Virginia, the defendant, DAJOUR DOMINIQUE PEMBERTON, did unlawfully and knowingly possess a firearm to wit: a Glock, Model 19, 9mm, semiautomatic handgun, S/N: BWRW667, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, namely: Conspiracy to Possess with Intent to Distribute Cocaine and Fentanyl and Possession with Intent to Distribute Cocaine and Fentanyl, in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(B)(ii), and (b)(1)(A)(vi), respectively, as set forth in Count 1, Count 2, and Count 3 of this Superseding Indictment, which descriptions of said drug trafficking crimes are re-alleged and incorporated by reference as set forth in full herein.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## COUNT FIVE

(Felon in Possession of a Firearm)

On or about January 15, 2024, in the Eastern District of Virginia, the defendant, DAJOUR DOMINIQUE PEMBERTON, having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a Glock, Model 19, 9mm, semiautomatic handgun, S/N: BWRW667, which had been in and effected interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8)).

## COUNT SIX

(Maintaining a Drug-Involved Premises)

From on or about November 23, 2023, continuing until on or about January 15, 2024, the exact dates being unknown to the grand jury, in the Eastern District of Virginia, the defendants, DAJOUR DOMINIQUE PEMBERTON and LEAH TAYLOR MCLEOD, did unlawfully and knowingly use and maintain a place located on Creekshire Crescent in Newport News, Virginia, the specific address being known to the grand jury, for the purpose of manufacturing, distributing, and using a controlled substance.

(In violation of Title 21, United States Code, Sections 856(a)(1) & (b) and
Title 18, United States Code, Section 2).

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendants, if convicted of any of the violations alleged in Counts One, Two, or Three, or Six of this superseding indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

    a. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation; and

    b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

2. The defendants, if convicted of any of the violations alleged in this superseding indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

4. The property subject to forfeiture includes but is not limited to: a Glock, Model 19, 9mm, semiautomatic handgun, S/N: BWRW667, referenced in Counts Four and Five.

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Sections 924(d)(1); and Title 28, United States Code, Section 2461(c)).

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

<u>United States v. Dajour Dominique Pemberton, et al.</u>
Criminal No. 4:24-cr-35

A TRUE BILL:

<span style="color:red">REDACTED COPY</span>

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: *[signature]*
_____
Peter Osyf
Assistant United States Attorney
United States Attorneys' Office
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Peter.Osyf@usdoj.gov

7