AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
UNITED STATES MARSHAL
2024 JUL -9 A 11: 21
EASTERN DISTRICT
OF VIRGINIA

| United States of America | ) |
| v. | ) |
| | ) Case No. 4:24cr35 |
| LEAH TAYLOR MCLEOD | ) FID: 11692398 |
| | ) ATF |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Leah Taylor McLeod,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841(a)(1), (b)(1)(B)(ii), and (b)(1)(A)(vi) - Conspiracy to Possess with Intent to Distribute Five Hundred Grams or More of Cocaine and to Possess with Intent to Distribute Four Hundred Grams or More of Fentanyl (Count One, et al.)

Date:   07/08/2024

*Issuing officer's signature*

City and state:   Newport News, Virginia          Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* July 9 2024, and the person was arrested on *(date)* July 11 2024
at *(city and state)*  Norfolk VA

Date:  July 11 2024

FILED
IN OPEN COURT
JUL 12 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*Arresting officer's signature*

D. Payne   DUSM
*Printed name and title*